PER CURIAM:
Derrick Edward Brown appeals the district court’s order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of his sentence. We have reviewed the record and find no reversible error. See United States v. Dunphy, 551 F.3d 247 (4th Cir.2009); United States v. Hood, 556 F.3d 226 (4th Cir.2009). Accordingly, we affirm for the reasons set forth by the district court. United States v. Brown, No. 1:03-cr-00534-CMH-1 (E.D.Va. Apr. *210 11, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED.